ROBERT S. BREWER, JR.
United States Attorney
REBECCA G. CHURCH
Assistant U.S. Attorney
California Bar No. 259652
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7721
Fax: (619) 546-7751
Email: Rebecca.church@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHILDREN'S ADVOCACY INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF REFUGEE RESETTLEMENT, ADMINISTRATION FOR CHILDREN AND FAMILIES, United States Department of Health and Human Services; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, United States Department of Homeland Security; UNITED STATES CUSTOMS AND BORDER PROTECTION, United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No.: 19cv462 GPC (BGS)<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE STATUS CONFERENCE** |

Plaintiff The Children's Advocacy Institute and Defendants United States Department of Health and Human Services ("HHS"), United States Immigration and Customs Enforcement ("ICE"), and United States Customs and Border Protection ("CBP") (collectively "the Parties") have reached a settlement in principle of this entire action. Accordingly, the parties jointly move to vacate the July 27, 2020 status conference. The parties are preparing a settlement agreement and will file a joint motion for dismissal with prejudice within the next 45 days.

DATED: July 22, 2020 

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

*/s Rebecca G. Church*
REBECCA G. CHURCH
Assistant U.S. Attorney
Attorneys for Defendants

and

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*s/ Travis J. Anderson*
TRAVIS J. ANDERSON
TREVOR S. MANN-O'HALLORAN

THE CHILDREN'S ADVOCACY INSTITUTE
ROBERT C. FELLMETH
JESSICA HELDMAN

Attorneys for Plaintiff the Children's Advocacy Institute

## CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I

1 | certify that the content of this document is acceptable to Travis J. Anderson, Esq. and that
2 | I have obtained authorization from him to affix his electronic signatures to this document.

By: <u>  *s/ Rebecca G. Church*  </u>
      REBECCA G. CHURCH