UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHILDREN'S ADVOCACY INSTITUTE,<br><br>                                  Plaintiff,<br>v.<br><br>OFFICE OF REFUGEE RESETTLEMENT, ADMINISTRATON FOR CHILDREN AND FAMILIES,<br>                                 Defendants. | Case No.:  19-cv-462 GPC (BGS)<br><br>**ORDER:**<br>  **(1) GRANTING JOINT MOTION TO VACATE JULY 27, 2020 STATUS CONFERENCE**<br>  **(2) SCHEDULING SETTLEMENT DISPOSITION CONFERENCE**<br><br>[ECF 25] |

On July 22, 2020, the parties filed a Notice of Settlement and Joint Motion to Vacate Status Conference. (ECF 25.) They indicate they have reached a settlement, are preparing a settlement agreement, and anticipate filing a joint motion to dismiss with prejudice within 45 days. (*Id.*) The Joint Motion to vacate the Status Conference is **GRANTED** and the July 27, 2020 Status Conference is **VACATED**. Additionally, the Court order as follows:

1. A Joint Motion to Dismiss must be electronically filed on or before **September 8, 2020**.[1]  On the same day the Joint Motion to Dismiss is filed, the proposed order for dismissal, for the signature of the Honorable Gonzalo P. Curiel, must be emailed to Judge Curiel's chambers.[2]

2. If a Joint Motion to Dismiss and proposed order to dismiss are not submitted on or before **September 8, 2020**, then a Settlement Disposition Conference will be held on **September 14, 2020**, at **10:00 AM** before Judge Skomal. The conference shall be telephonic, with attorneys only.  Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion to Dismiss and proposed order for dismissal are received on or before **September 8, 2020**, the Settlement Disposition Conference will be vacated.

**IT IS SO ORDERED.**

Dated:  July 22, 2020

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.